468 A.2d 843

Skripkar et al. v. Skripkar, Appellant.

Submitted February 23, 1983. Walter C. Faderewski, for appellant; Judd F. Crosby, for appellee.

Before SPAETH, BROSKY and MONTEMURO, JJ.

Decree affirmed.

MONTEMURO, J., concurred in the result.

SPAETH, J., filed a memorandum dissenting opinion.

468 A.2d 843

Sottile, Appellant v. Lebanon Mutual Ins. Co.

Submitted October 25, 1983. Charles Peter Wasovich, for appellant; John L. McIntyre, for appellee.

Before CAVANAUGH, JOHNSON and MONTGOMERY, JJ.

Order reversed and case remanded with a procedendo.